IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LOUIS ROGERS,

    Petitioner,

v.                          Case No. 4:15cv554-MW/GRJ

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Petition under 28 U.S.C. § 2254, ECF No. 1, is **DISMISSED** for failure to comply with the Court's orders and failure to prosecute." The Clerk shall close the file.

**SO ORDERED on July 14, 2016.**

                                         s/Mark E. Walker
                                         **United States District Judge**